AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

DAVID NAGER & ASSOCIATES, INC.

**SUMMONS IN A CIVIL ACTION**

V.

UNIVERSAL AUTOMOTIVE, INC.

CASE NUMBER:

# 04 CV 10945 RGS

TO: (Name and address of Defendant)

Mitchell D. Goldsmith, Agent for
Universal Automotive, Inc.
444 N. Michigan Avenue
Chicago, Illinois 60611

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. DeVasher, Jr.
Michael B. Cosentino
Molly Cochran
Seegel, Lipshutz & Wilchins, P.C.
60 William Street, Suite 200
Wellesley, MA 02481

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



| | |
|---|---|
| CLERK | DATE |
| (By) DEPUTY CLERK | 5-12-04 |

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 04CV10945RGS

PLAINTIFF:
**DAVID NAGER & ASSOCIATES, INC.,**
vs.
DEFENDENT:
**UNIVERSAL AUTOMOTIVE, INC.,**

Received by SUVALLE, JODREY & ASSOCIATES on the 21st day of May, 2004 at 9:51 am to be served on
**UNIVERSAL AUTOMOTIVE, INC., C/O Registered Agent, Mitchell D. Goldsmith, 444 N. Michigan Ave.,
Chicago, IL 60611.**

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **25th day of May, 2004** at
**2:35 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION,
COMPLAINT, CIVIL COVER SHEET, CATEGORY SHEET,** upon Mitchell D. Goldsmith as **Registered Agent** of
the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 47,  Sex: M,  Race/Skin Color: White,  Height: 5'9",  Weight: 170,  Hair:
Brown,  Glasses: N

I am over the age of 18 and have no interest in the above action.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/12/05

**Robert C. Regalado - Process Server**
Agency Lic. # 147-001132

Subscribed and Sworn to before me on the 26th day
of May, 2004 by the affiant who is personally known to
me.

NOTARY PUBLIC

**SUVALLE, JODREY & ASSOCIATES**
**One Devonshire Place**
**Boston, MA  02109**
**(800) 640-5812**

Our Job Serial Number: 2004000891

Copyright © 1992-2003 Database Services, Inc. - Process Server's Toolbox V5.5g

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/25/2004 |
| NAME OF SERVER *(PRINT)* Robert C. Regalado | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Registered Agent - Mitchell D. Goldsmith

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/26/2004
            Date

Signature of Server

PMB 154
6351 W Montrose Ave
Chicago IL  60634

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.