UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10945-RGS

DAVID NAGER & ASSOCIATES, INC., )
    Plaintiff,                                           )
                                                               )
                                                               )
                                                               )
                                                               )
    v.                                                        )
                                                               )
UNIVERSAL AUTOMOTIVE, INC.,          )
    Defendant.                                         )
_____)

## AFFIDAVIT OF MOLLY COCHRAN

Molly Cochran, being duly sworn, deposes and states as follows:

1. I am a member of the Massachusetts bar, an associate with Seegel, Lipshutz & Wilchins, P.C., and counsel for Plaintiff David Nager & Associates, Inc. ("Plaintiff") in the captioned matter. I give this affidavit on my own personal knowledge.

2. I have reviewed the Illinois Secretary of State's website, which lists Defendant Universal Automotive, Inc. ("Defendant") as an Illinois corporation and identifies its registered agent as Mitchell D. Goldsmith, 444 N. Michigan Avenue, Chicago, Illinois 60611. Attached hereto as *Exhibit A* is a true copy of the corporation file detail report on Defendant downloaded from the Illinois Secretary of State's website.

3. Seegel, Lipshutz & Wilchins, P.C. has not received any answer or other responsive pleading from Defendant, nor have we been contacted by anyone representing Defendant to request an extension of time in which to respond to the Complaint.

Sworn to under the pains and penalties of perjury this 25th day of June, 2004.

*[signature]*
Molly Cochran



**JESSE WHITE**
SECRETARY OF STATE

SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | UNIVERSAL AUTOMOTIVE, INC. | File Number | 52339375 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 03/26/1981 | State | ILLINOIS |
| Agent Name | MITCHELL D GOLDSMITH | Agent Change Date | 03/23/1995 |
| Agent Street Address | 444 N MICHIGAN AVE | President Name & Address | ARVIN SCOTT 11859 S CENTRAL AVE ALSIP 6080: |
| Agent City | CHICAGO | Secretary Name & Address | ROBERT ZIMMER SAME |
| Agent Zip | 60611-0000 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 04/30/2004 | For Year | 2004 |
| Assumed Name | INACTIVE - ALL-AMERICAN DISTRIBUTING CO.<br>INACTIVE - JET AUTOMOTIVE<br>INACTIVE - UBP UNIVERSAL BRAKE PARTS<br>ACTIVE - JET AUTOMOTIVE | | |
| Old Corp Name | 01/21/1985 - UNIVERSAL AUTOLINE, INC. | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM