UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_David Nager + Associates_
Plaintiff

v.

_Universal Automotive_
Defendant

Civil Action No. _04-10945 RGS_

## NOTICE OF DEFAULT

Upon application of the Plaintiff, _David Nager + Associates_ for an order of Default for failure of the Defendant, _Universal Automotive Inc._ to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this _20th_ day of _July_, 2004

_TONY ANASTAS_
Clerk

_Elaine K Flaherty_
Deputy Clerk

Notice mailed to:

All counsel of record   and

Universal Automotive
c/o Mitchell D. Goldsmith
444 N. Michigan Ave
Chicago IL 60611

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

William Ryan Etal
_____
Plaintiff

v.

Walton Systems International Inc
_____
Defendant

Civil Action No. 03-12323 RGS

### NOTICE OF DEFAULT

Upon application of the Plaintiff, William Ryan Etal for an order of Default for failure of the Defendant, Walton Systems, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 20th day of July, 2004

TONY ANASTAS
Clerk

Elaine Flaherty
Deputy Clerk

Notice mailed to:

All counsel of record - and - Walton Systems International Inc
201 Marginal St
P.O. Box 6120
Chelsea MA 02150