# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 04-CV-10945-RGS

DAVID NAGER & ASSOCIATES, INC., )
Plaintiff, )
)
)
)
v. )
)
UNIVERSAL AUTOMOTIVE, INC., )
Defendant. )
_____ )

## PLAINTIFF'S RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred: (i) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
William A. DeVasher, Jr.
BBO Nº 552010
Seegel, Lipshutz & Wilchins, P.C.
Wellesley Office Park
60 William Street, Suite 200
Wellesley, Massachusetts 02481
781.237.4400 (telephone)
781.235.2333 (telefax)
Dated: October 14, 2004

_____
David Nager, President and CEO
David Nager & Associates, Inc.
Dated: October 14, 2004