UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID NAGER & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-10945-RGS |
| UNIVERSAL AUTOMOTIVE, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that, in accordance with the Electronic Notice of Assignment of ADR Provider dated December 16, 2004, the court has scheduled a mediation conference for Tuesday, February 1, 2005, at 10:00 A.M. in Courtroom #15 on the 5th Floor. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, by January 25, 2005, each party shall submit to Magistrate Judge Dein a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

In the event that you believe the case is not ripe for mediation at this time, please notify opposing counsel and the court as soon as possible.

-2-

In the event that you require a computer for use in connection with the mediation <u>only</u>, please contact my chambers at (617) 748-4736 at least 48 hours before the mediation.

IT IS SO ORDERED

By the Court,

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED:  December 23, 2004