UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID NAGER & ASSOCIATES, INC.,  )
                                                        )
      Plaintiff,                     )
    v.                                           )        CIVIL ACTION
                                                        )        NO. 04-10945-RGS
UNIVERSAL AUTOMOTIVE, INC,      )
                                                      )
      Defendant.                 )

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE STEARNS

[   ]    The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On   February 1, 2005  , I held the following ADR proceeding:

                _____  SCREENING CONFERENCE        _____  EARLY NEUTRAL EVALUATION

                __X__  MEDIATION                            _____  SUMMARY BENCH/JURY TRIAL

                _____  MINI-TRIAL                           _____  SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]    Settled. Your clerk should enter a 30-day order of dismissal.

[   ]    There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[   ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]    Suggested strategy to facilitate settlement:

_____
_____


                                                                  / s / Judith Gail Dein
                                                                Judith Gail Dein, U.S. Magistrate Judge
DATED: February 1, 2005                                      ADR Provider