UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DAVID NAGER & ASSOCIATES, INC.**
    Plaintiff

        v.                          CIVIL ACTION NO. 04-10945-RGS

**UNIVERSAL AUTOMOTIVE, INC.**
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THE ACTION TO THE DOCKET WITHIN THIRTY (30) DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

BY: _____
              /s/ Mary  H. Johnson
              Deputy Clerk

**DATED:** 2-15-05