UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 30 P 12: 22

CIVIL ACTION NO. 04-CV-10945-RGS

U.S. DISTRICT COURT
DISTRICT OF MASS

DAVID NAGER & ASSOCIATES, INC., )
    Plaintiff, )
)
)
)    STIPULATION OF DISMISSAL
v. )
)
UNIVERSAL AUTOMOTIVE, INC., )
    Defendant. )
)

Pursuant to ~~Mass.~~ Fed. R. Civ. P. 41(a)(1), Plaintiff David Nager & Associates, Inc. and Defendant Universal Automotive, Inc. hereby stipulate that the captioned matter is hereby dismissed with prejudice and without costs, all claims for attorneys' fees and all rights of appeal being waived.

Date: March 29, 2005

UNIVERSAL AUTOMOTIVE, INC.

By its attorneys,

/s/ T. Christopher Donnelly
T. Christopher Donnelly
  BBO № 558036
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
    (617) 720-2880

DAVID NAGER & ASSOCIATES, INC.

By its attorneys,

/s/ William A. DeVasher, Jr.
William A. DeVasher, Jr.
  BBO № 552010
Michael B. Cosentino
  BBO № 558036
Molly Cochran
  BBO № 551833
Seegel, Lipshutz & Wilchins, P.C.
Wellesley Office Park
60 William Street, Suite 200
Wellesley, Massachusetts 02481
    (781) 237-4400